ORIGINAL

RUSTAM A. BARBEE   #5655
ATTORNEY AT LAW
1188 Bishop Street, Ste. 2606
Honolulu, Hawaii 96813
Telephone No.   (808) 524-4406
Fax.:   (808) 524-4306
e-mail: Rustam@Honoluluattorney.com

Attorney for Defendant
DAVID K.H. LEE

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR. NO. 02-00209 DAE 01 |
| ) | |
| Plaintiff, ) | NOTICE OF MOTION; MOTION |
| ) | FOR EARLY TERMINATION |
| vs. ) | OF SUPERVISED RELEASE; |
| ) | MEMORANDUM IN SUPPORT |
| DAVID K.H. LEE, ) | OF MOTION; |
| ) | DECLARATION OF COUNSEL; |
| Defendant. ) | CERTIFICATE OF SERVICE |
| ) | |
| ) | DATE: |
| ) | TIME: |
| _____ ) | JUDGE:   David A. Ezra |

### NOTICE OF MOTION

TO:   EDWARD H. KUBO, JR.
      United States Attorney
      300 Ala Moana Boulevard, Suite 6-100
      Honolulu, Hawaii 96850

PLEASE TAKE NOTICE that the following motion will be heard before the Honorable David A. Ezra, in his courtroom in the United States

Courthouse, 300 Ala Moana Boulevard, Honolulu, Hawaii, on _____

\_\_\_ 2006, at _____ \_\_.m., or as soon as counsel may be heard.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 02-00209 DAE 01 |
| | ) | |
| Plaintiff, | ) | MOTION FOR EARLY |
| | ) | TERMINATION OF |
| vs. | ) | SUPERVISED RELEASE |
| | ) | |
| DAVID K.H. LEE, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## MOTION FOR EARLY TERMINATION
## OF SUPERVISED RELEASE

COMES NOW the defendant, DAVID K.H. LEE through his counsel and moves this Honorable Court to order the early termination of his term of Supervised release. This motion is made pursuant to 18 U.S.C. § 3583 (e) and is based upon the attached memorandum and declaration of counsel and upon such further evidence and argument which the court receives at a hearing on this motion.

DATED: Honolulu, Hawaii, May 2, 2008.

RUSTAM A. BARBEE
Attorney for Defendant
DAVID K.H. LEE