IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| UNITED STATES OF AMERICA, | ) | CR. NO. 02-00209 DAE 01 |
|---|---|---|
| Plaintiff, | ) | DECLARATION OF COUNSEL |
| vs. | ) | |
| DAVID K.H. LEE, | ) | |
| Defendant. | ) | |

### DECLARATION OF COUNSEL

I, RUSTAM A. BARBEE, hereby declare as follows:

1. That I am retained counsel for defendant DAVID H.K. LEE.

2. That the facts and statements set forth in the foregoing document are true and correct to the best of my knowledge and belief.

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE AND BELIEF.

DATED: Honolulu, Hawaii, May 5, 2008.

_____
RUSTAM A. BARBEE
Attorney for Defendant
DAVID K.H. LEE