## CERTIFICATE OF SERVICE

I, RUSTAM A. BARBEE, hereby certify that on May 5, 2008, by the method(s) of service noted below, a true and correct copy of the foregoing document was served on the following at their last known address(s).

U.S. Mail postage prepaid and/or Hand Delivery.

EDWARD H. KUBO, JR.
United States Attorney
PJKK Federal Building
300 Ala Moana Boulevard, Suite 6-100
Honolulu, Hawaii 96850

Attorney for Plaintiff
UNITED STATES OF AMERICA

DATED: Honolulu, Hawaii, May 5, 2008.

RUSTAM A. BARBEE
Attorney for Defendant
DAVID K.H. LEE