EDWARD H. KUBO, JR.  2499
United States Attorney
District of Hawaii

LAWRENCE L. TONG  3040
Assistant U.S. Attorney
Room 6100, PJKK Federal Building
300 Ala Moana Blvd.
Honolulu, Hawaii  96850
Telephone:  (808) 541-2850
Facsimile:  (808) 541-2958
E-mail:  Larry.Tong@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO.  02-00209 DAE 01 |
| | ) | |
| Plaintiff, | ) | GOVERNMENT'S RESPONSE TO |
| | ) | DEFENDANT'S MOTION FOR EARLY |
| vs. | ) | TERMINATION OF SUPERVISED |
| | ) | RELEASE; CERTIFICATE OF |
| DAVID K.H. LEE, | ) | SERVICE |
| | ) | |
| Defendant. | ) | (NON-HEARING MOTION) |

GOVERNMENT'S RESPONSE TO DEFENDANT'S
MOTION FOR EARLY TERMINATION OF SUPERVISED RELEASE

The United States does not oppose defendant David K.H. Lee's Motion for Early Termination of Supervised Release, filed on May 6, 2008.

DATED:  May 9, 2008, at Honolulu, Hawaii.

        EDWARD H. KUBO, JR.
        United States Attorney
        District of Hawaii
        /s/ Lawrence L. Tong

By_____
  LAWRENCE L. TONG
  Assistant U.S. Attorney

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that, on the date and by the methods of service noted below, a true and correct copy of the foregoing was served on the following at their last known addresses:

Served Electronically through CM/ECF:

Rustam Barbee        rustam@honoluluattorney.com

Served by Hand-Delivery:

SYDNEY FLEMING
U.S. Probation Office
300 Ala Moana Blvd., C-110
Honolulu, Hawaii  96850
    U.S. Probation Officer

DATED:  May 9, 2008, at Honolulu, Hawaii.

/s/Jan Yoneda

_____