Prob 35
(1/92)

**ORIGINAL**

Report and Order Terminating Probation /
Supervised Release
Prior to Original Expiration Date

# United States District Court
## FOR THE
### DISTRICT OF HAWAII

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAY 21 2008

at ___ o'clock and ___ min. ___ M.
SUE BEITIA, CLERK

UNITED STATES OF AMERICA

v.                                       Criminal No. CR 02-00209DAE-01

DAVID K.H. LEE

On 4/13/2007, the above named was placed on supervised release for a period of two (2) years. He has complied with the rules and regulations of supervised release and is no longer in need of supervised release. It is accordingly recommended that he be discharged from supervised release at this time, having served thirteen (13) months of supervision.

Respectfully submitted,

*Sydney L. Fleming*
SYDNEY L. FLEMING
U.S. Probation Officer

### ORDER OF THE COURT

Pursuant to the above report, it is ordered that the defendant is discharged from supervised release and that the proceedings in the case be terminated.

Dated this 12th day of May, 2008.

DAVID ALAN EZRA
U.S. District Judge