ORIGINAL

IN THE UNITED STATES DISTRICT COUR

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR 02-00209DAE |
| Plaintiff(s), | ) | |
| vs. | ) | |
| DAVID K. H. LEE (01), | ) | |
| Defendant(s). | ) | |

FILED IN THE UNITED STATES DISTRICT COUR DISTRICT OF HAWAII
JUN 10 2008
at __ o'clock and __ min __ M
SUE BEITIA, CLERK

NOTICE AND RECEIPT OF PASSPORT

Pursuant to Order of Court by Barry M. Kurren United States Magistrate Judge in the above-entitled case, Passport Number 120420607 issued at HONOLULU, on MARCH 04, 1996 to the above-named defendant, was surrendered to the custody of the Clerk of court on May 29, 2002 and the defendant is not to apply for the issuance of a passport during the pendency of this action. The subject passport bears the following additional information regarding the bearer:

Date of Birth:     DECEMBER 16, 1937

Place of Birth:    HAWAII, USA

Dated at Honolulu, Hawaii on May 29, 2002.

WALTER A.Y.H. CHINN, Clerk

By:_____
Deputy Clerk

---

This will acknowledge receipt of Passport Number previously surrendered to the Court pursuant to a prior Order of Court.

Date: 6/10/08        Signature: _____
                                    Owner of Passport